UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT G. MODRALL, ) | |
| ) | |
| Plaintiff, ) | Case: 1:15-cv-01786 |
| ) | Assigned To : Unassigned |
| v. ) | Assign. Date : 10/20/2015 |
| ) | Description: Pro Se Gen. Civil F Deck |
| THE HONORABLE AMIT MEHTA, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and his *pro se* civil complaint. The application will be granted, and the complaint will be dismissed.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

According to plaintiff, defendant has violated several federal statutes, *see* Compl. at 2 (page numbers designated by the Court), and therefore defendant must "be held accountable and prosecuted to the full extent of the law for the countless heinous atrocities and crimes against humanity which have been perpetrated against the American people," *id.* at 2-3. He demands "remuneration . . . in the amount of $1 Billion, a Presidential Medal of Freedom with Distinction, and a Nobel Peace Prize." *Id.* Plaintiff does not, however, include in his complaint a statement showing that he is entitled to the relief he demands. For this reason, the complaint will be dismissed. An Order consistent with this Memorandum Opinion is issued separately.

DATE:

10/16/15

_____
United States District Judge